IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SCOTT ZEITNER                                                                                          PLAINTIFF

Vs                                      CASE NO. 2:07CV00145 BSM

MARCUS WOODS, et al                                                                            DEFENDANTS

ORDER

Based upon the settlement of the parties, the trial scheduled in the above case is removed from the court's trial docket and the trial scheduled for September 8, 2009 in Helena, Arkansas is cancelled. Parties are directed to submit a joint motion to dismiss once the terms of the settlement agreement have been met.

IT IS SO ORDERED this 18th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE