UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**SCOTT ZEITNER**                                                                             **PLAINTIFF**

V.                        **CASE NO. 2:07CV00145 BSM**

**MARCUS WOODS;**                                             **DEFENDANTS**
**MARK WOODS and KARLA WOODS,**
Individually and as Parents and Next
Friend of **MARCUS WOODS,** a minor;
**FARMERS INSURANCE EXCHANGE;**
**ROBERT REED and JOHN DOE #1**

**MARCUS WOODS;**                                         **THIRD PARTY PLAINTIFFS**
**MARK WOODS and KARLA WOODS,**
Individually and as Parents and Next
Friend of **MARCUS WOODS,** a minor

V.

**ROBERT REED**                                                       **THIRD PARTY DEFENDANT**

**FARMERS INSURANCE EXCHANGE**               **CROSS CLAIMANT**

V.

**ROBERT REED**                                                       **CROSS DEFENDANT**

## ORDER OF DISMISSAL

Before the court is the parties' joint motion to dismiss. On August 17, 2009, the parties appeared before United States Magistrate Judge H. David Young, and reached a settlement. The parties have moved for the court to dismiss the case, including all cross claims and third party claims, with prejudice.

Accordingly, this case is dismissed with prejudice due to settlement.

IT IS SO ORDERED this 3rd day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE